**Order entered January 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00920-CV

## RODRICK SAMPLES, Appellant

## V.

## THE DALLAS COUNTY SPECIAL CIVIL SERVICE COMMISSION, ET AL., Appellees

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC12-11245**

## ORDER

We **GRANT** appellees' January 21, 2015 second motion for an extension of time to file a

brief. Appellees shall file their brief by **FEBRUARY 23, 2015**.


/s/      ELIZABETH LANG-MIERS
JUSTICE